JOEL T. RICE, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant. (No. 1.) — Order setting aside verdict and granting new trial on the ground of insufficient damages, unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

MARTHA T. SMITH and Others, Appellants, v. JOHN J. BARTLETT, Respondent.— Order modified so far as to allow the plaintiffs to tax the item of $99.62 disbursement for stenographer's minutes for the third trial, and as so modified affirmed, without costs, upon the ground that, in view of our order upon the last appeal (170 App. Div. 919) permitting the use of the stenographer's minutes of the former trial, and of the stipulation of the parties that disbursement should be considered as a necessary one and taxable. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

TERESA M. TAPLEY, Appellant, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs.— No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

DELIA ALLEN, Appellant, v. HARRY WOLKOFF and ÆTNA ACCIDENT AND LIABILITY COMPANY, Respondents.— Motion for reargument and for leave to appeal to the Court of Appeals denied, without costs. Present — Thomas, Putnam, Blackmar and Kelly, JJ.

W. A. CASE & SON MANUFACTURING COMPANY, Appellant, v. YOUNG IMPROVEMENT CORPORATION and SAMUEL BRILL, Respondents, and Others, Defendants.— Motion denied, without costs. Present — Thomas, Putnam, Blackmar and Kelly, JJ; Jenks, P. J., not voting.

LEONARD W. ELY, Respondent, v. WILLIAM M. BARRETT, as President of ADAMS EXPRESS COMPANY, Appellant.— Motion granted. This court makes the following finding, in addition to those of the trial court: The deviation from the route stated in the bill of lading was negligent, and the continuance of the transportation of the animal after its sickness was discovered at Pittsburg was a negligent act, and the failure to care for it at that point was a negligent omission, and by reason of such negligent acts and omission the liability of the defendant was established. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

GEORGE W. FLANAGAN, Respondent, v. AUGUST E. GRIP, Appellant.— Motion for reargument denied, without costs. Present — Thomas, Putnam, Blackmar and Kelly, JJ.

FRANK TRANI, Respondent, v. SUMNER GERARD, Appellant.— Motion granted. On payment within five days of the costs in the interlocutory judgment and costs of the appeal, defendant may have leave to answer within ten days from the date of this order. Present — Thomas, Putnam, Blackmar and Kelly, JJ.